# EXHIBIT A

| PHOENIX ORIGINAL DESIGN | TEESPRING INFRINGING PRODUCT |
| --- | --- |
| sprinkle poo<br>ハイ sugarhai キス | Sprinkle Poo |
| best unicorn dad<br>best dad ever<br>ハイ sugarhai キス | Best Unicorn Dad |
| best mom ever<br>sugarhai | BEST UNICORN MOM |

don't stop
believin'
in
aliens
don't
stop
believin'
sugarhai
Teespring
Don't Stop Believin' in Aliens
BEST SELLING
TANK/SHIRT
sugarhai
Teespring
Kisses Cupcake
BEST SELLING
TANK/SHIRT
xoxo
sugarhai
Teespring
Ice Cream Kitty
BEST SELLING
TANK/SHIRT
meow

kitipoi
ハイ♥ sugarhai ♥キス
Teespring
japanese cat milk
Buy it now
01 03 23 17
Teespring
Start Designing About Teespring Login
Apparel Home Decor Socks Phone Cases Accessories Mugs
KITTY CAT CAKE
***Limited Edition***
Ending soon !!!
Available in different color, design, and size.
100% Printed in the U.S.A. Ship Worldwide
*HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
5. Done! Simple as that!
TIP: SHARE it with your friends, order together and save on shipping.
Available Products
Hanes Tagless Tee - $18.99
ハイ♥ sugarhai ♥キス
pippin
ハイ♥ sugarhai ♥キス
Teespring
Start Designing About Teespring Login
Apparel Home Decor Socks Phone Cases Accessories Mugs
Christmas Reindeer
#BoostedChristmas
#BoostedChristmasDay
#BoostedNoel
#BoostedNoelDay
HOW TO ORDER ?
1. Select your Product and your Color
2. Select your Preferred Size and Quantity
3. Click the "Buy it Now"
4. CHECKOUT!
Available Products
Gildan 8oz Heavy Blend Hoodie - $38.99

rainbow twins
sugarhai
Teespring
RAINBOW TWINS
Unicorn Ice Cream Cone
BEST SELLING
TANK/SHIRT
unicorn witch
unicorn witch
KAWAII UNICORN WITCH

sugarhai
Teespring
Start Designing
About Teespring
Login
Apparel
Home Decor
Socks
Phone Cases
Accessories
Mugs
Cute Blue Octopus
LIMITED EDITION ! Ending soon !
100% Printed in the U.S.A. - Ship Worldwide
HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
5. Done! Simple as that!
TIP: SHARE it with your friends, order together and save on shipping.
Available Products:
Hanes Tagless Tee - $21.99
maneki neko
Kawaii Maneki Neko 10588865
1. Select your Product and your Color
2. Select your Preferred Size and Quantity
3. Click the "Buy It Now"
4. CHECKOUT!
Available Products:
Gildan 8oz Heavy Blend Hoodie - $38.99
KAWAII POPSICLE
KAWAII POPSICLE
LIMITED EDITION ! Ending soon !
100% Printed in the U.S.A. - Ship Worldwide
* Safe & Secure Checkout
* VERY High Quality Hoodies & Tees
HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
Show More
Available Products:
Hanes Tagless Tee - $20.99

sugarhai
Teespring
Cute Albino Narwhal
don't stop believin'
sugarhai
Mug – Cute unicorn
BEST SELLING TANK/SHIRT
Don't Stop Believin'
nerd life
sugarhai
Nerd Life

cupcake rainbow
ハイ♥ sugarhai ♥キス
Teespring
Start Designing
About Teespring
Login
Apparel
Home Decor
Socks
Phone Cases
Accessories
Mugs
Rainbow And Cupcakes Unicorn - Mens Premium T-Shirt
Available Products
Gildan 8oz Heavy Blend Hoodie - $42.00
purr-evil
ハイ♥ sugarhai ♥キス
CAT MAGIC
CAT MAGIC
Only available for a LIMITED TIME, so get yours TODAY! 100% cotton, printed right here in the U.S.A.
You wont find this design anywhere else. Order with friends or family and save on shipping. We ship to more than 170 countries
Click the "GREEN BUTTON" to get one. CAMPAIGN WILL END SOON AND GO TO PRINT SO RESERVE YOURS TODAY.
Available Products
Hanes Tagless Tee - $21.99
let's get spooky
ハイ♥ sugarhai ♥キス
Heart Skull with Crossbones
BEST SELLING TANK/SHIRT
Guaranteed safe and secure checkout via PayPal/VISA/MASTERCARD
Click the BIG GREEN BUTTON to pick your size/color and order.
Available Products
Hanes Tagless Tee - $22.99

diabolicake
ハイ♥ sugarhai ♥キス
Teespring
Start Designing
About Teespring
Login
Kawaii Evil Cupcake
BEST SELLING TANK/SHIRT
Guaranteed safe and secure checkout via PayPal/VISA/MASTERCARD.
Click the BIG GREEN BUTTON to pick your size/color and order.
Available Products:
Hanes Tagless Tee - $22.99
Colors:
ハイ♥ sugarhai ♥キス
Teespring
LOVE WINS
Hanes Tagless Tee - $18.99