United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA PHOENIX,<br><br>        Plaintiff,<br><br>   v.<br><br>TEESPRING, INC.,<br><br>        Defendant. | Case No. 20-cv-01424-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Richard Seeborg for consideration of whether the case is related to the case of *Blackman v. Teespring, Inc.*, Case No. 19-cv-01494-RS.

The case management conference currently scheduled for June 2, 2020 is continued to June 30, 2020. If the cases are related, that date will be vacated a new date selected by Judge Seeborg.

**IT IS SO ORDERED.**

Dated: May 29, 2020

_____
JON S. TIGAR
United States District Judge