| | | |
|---|---|---|
| 1 | Stephen M. Doniger, Cal. Bar No. 179314 | Victor Jih, State Bar No. 186515 |
| | Scott A. Burroughs, Cal. Bar No. 235718 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | David R. Shein, Cal. Bar No. 230870 | Professional Corporation |
| | DONIGER / BURROUGHS | 633 West Fifth Street, Ste. 1550 |
| 3 | 603 Rose Avenue | Los Angeles, CA 90071-2027 |
| | Venice, California 90291 | Telephone: (323) 210-2900 |
| 4 | Telephone: (310) 590-1820 | Facsimile: (866) 974-7329 |
| | Email: stephen@donigerlawfrim.com | Email: vjih@wsgr.com |
| 5 |      scott@donigerlawfirm.com | |
| |      david@donigerlawfirm.com | Jamie Y. Otto, State Bar No. 295099 |
| 6 | | WILSON SONSINI GOODRICH & ROSATI |
| | Attorneys for Plaintiff | Professional Corporation |
| 7 | LIZA PHOENIX | 650 Page Mill Road |
| | | Telephone: (650) 493-9300 |
| 8 | | Facsimile: (650) 565-5100 |
| | | Email: jotto@wsgr.com |
| 9 | | |
| | | Attorneys for Defendant |
| 10 | | TEESPRING, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIZA PHOENIX, | Case Number: 3:20-cv-01424-RS |
|           Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| TEESPRING, INC., | |
|           Defendant. | |

Plaintiff Liza Phoenix, by and through her attorneys of record, and Defendant Teespring, Inc., by and through its attorneys of record, hereby notify the Court that the parties have settled this matter. Consequently, pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate and agree that the above-entitled action be dismissed with prejudice with each party to bear its own costs and attorney fees and that a judgment of dismissal with prejudice be entered in the above-captioned action pursuant to this stipulation of dismissal with prejudice.

WHEREFORE the parties pray for an Order from the Court dismissing this action with

prejudice.

Dated: September 23, 2020.   /s/ *David R. Shein*

David R. Shein
DONIGER / BURROUGHS

Dated: September 23, 2020.   /s/ *Jamie Y. Otto*

Jamie Y. Otto
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   9/24/2020

RICHARD SEEBORG
United States District Judge